IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PASCUAL CRUZ BONILLA,

      Petitioner,

v.                                                                      Civ. No. 26-0824-KG-GBW

WARDEN, Otero County Processing Center,
MARY DE ANDA-YBARRA, Field Office Director of
Enforcement and Removal Operations, El Paso
Field Office, Immigration and Customs
Enforcement; TODD LYONS, Acting Director
Immigration and Customs Enforcement;
CURRENT SECRETARY, U.S. Department
Of Homeland Security; AND PAMELA BONDI,
U.S. Attorney General,

      Respondents,[1]

ORDER TO ANSWER

This matter is before the Court on the Petition for Writ of Habeas Corpus Under 28

U.S.C. § 2241.   (Doc. 1) (Petition).   Petitioner is an immigration detainee at the Otero County

Processing Center and is proceeding *pro se*.   The Petition alleges he entered the United States in

1999 and was detained by immigrations on September 1, 2025.   (Doc. 1) at 4, 24.   He alleges

he did not receive a meaningful bond hearing and that he is subject to prolonged detention.

Accepting the facts as true, the Court will require an answer to the Petition.   The Clerk's

Office has electronically served Respondents by Notice of Electronic Filing (NEF) using the

Case Management and Electronic Case Filing (CM/ECF) system.   (Doc. 3).   Based on the

---

[1] The Clerk's Office shall add/substitute the above-mentioned parties as Respondents.   *See Torres-Torres v. Miller,* 2020 WL 4430519 (D.N.M. July 31, 2020) (discussing the respondents in an immigration habeas case); *Lowmaster v. Dir., Bureau of Prisons*, 2024 WL 5135970, at *1 (D. Kan. Dec. 17, 2024) ("the Court notes that it routinely substitutes the" proper parties as "respondent in habeas cases"); *Danderson v. Page*, 2024 WL 3913051, at *2 (E.D. Okla. Aug. 20, 2024) (substituting the proper party respondent in a habeas case).

alleged facts, and because Petitioner also filed a Motion for Emergency Release (Doc. 2), the Court will shorten the answer deadline to March 27, 2026.   *See* Standing Order, *In re Service of Process in Immigration Habeas Petitions Filed Pursuant to §§ 2241 et seq.*, No. 1:26-mc-00004 (D.N.M. Jan. 28, 2026).   The answer must address both the Petition (Doc. 1) and the Motion for Emergency Release (Doc. 2).   Petitioner may file an optional reply within seven (7) business days after the response is filed.   The Court may elect to enter a ruling before a reply is filed, if the record reflects that relief is warranted.

IT IS ORDERED that:

1. The United States Attorney's Office must answer the Petition (Doc. 1) and the Motion for Emergency Release (Doc. 2) by March 27, 2026.

2. If Petitioner wishes to file an optional reply, he must do so within seven (7) business days after the response is filed.

3. The Clerk's Office shall update CM/ECF to reflect the additional party respondents.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.